U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 3 2015

TONY R. MOORE, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| YILVER MORADEL PONCE,<br>Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:10-CV-01478 |
| VERSUS | |
| VIRGIL LUCAS, et al.,<br>Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Ponce's motion for summary judgment (Docs. 27, 66) is DENIED, a summary judgment is GRANTED in favor of all defendants, and Ponce's action is DENIED AND DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 13th day of October 2015.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE